UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

FILED
U.S. BANKRUPTCY COURT
2010 MAR -9 PM 12: 02
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

In the matter of

**ALAN CARNAHAN**
**LISA CARNAHAN**

Debtor(s)

Case No. **08-43564-KW**

Chapter 7

Judge **KAY WOODS**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

### TO THE CLERK OF THE COURT

The attached check in the amount of $7.16_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 9 | $2.33 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 13 | $1.12 |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION | 18 | $2.08 |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION | 19 | $1.63 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $7.16 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated: 3/8/2010

/s/ ANDREW W. SUHAR
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857